# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORMAN EUGENE YARTZ,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>COALINGA STATE HOSPITAL, et al.,<br><br>　　　　Defendants. | Case No. 1:17-cv-01305-EPG (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR DISCOVERY<br><br>(ECF NO. 6) |

Norman Eugene Yartz ("Plaintiff") is currently confined in Fresno County Jail,[1] and is proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983. On October 12, 2017, Plaintiff filed what appears to be a motion for discovery. (ECF No. 6).

Plaintiff's motion will be denied. Plaintiff appears to be attempting to take discovery. However, as the Court told Plaintiff in its First Informational Order in Prisoner/Civil Detainee Civil Rights Case, "[a]fter defendants' answers are filed, the Court will issue an order opening discovery and setting deadlines for completing discovery, amending the pleadings, and filing dispositive motions. No discovery may be initiated until the Court issues a discovery order or otherwise orders that discovery begin." (ECF No. 3, p. 4).

The complaint is awaiting screening. The Court has not found that the complaint states a cognizable claim, no defendant has been served, and the Court has not opened discovery. Therefore, Plaintiff is not allowed to take discovery at this time.

///
///
///
///

---

[1] It is unclear whether Plaintiff is a prisoner, a pretrial detainee, or a civil detainee.

1

Accordingly, based on the foregoing, it is ORDERED that Plaintiff's motion for discovery (ECF No. 6) is DENIED.

IT IS SO ORDERED.

Dated: __**October 19, 2017**__       /s/ *Erin P. Grosjean*
                                      UNITED STATES MAGISTRATE JUDGE